UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.S.D., | Case No. 1:26-cv-00085-KES-SAB (HC) |
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYM |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD M. LYONS, Acting Director of United States Immigration and Customs Enforcement; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; CHRISTOPHER CHESTNUT, Warden of the California City Detention Center, | Doc. 3 |
| Respondents. | |

**<u>ORDER</u>**

The Court, having considered petitioner's motion to proceed under pseudonym, and good cause appearing therefor, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:   January 9, 2026   

_____
UNITED STATES DISTRICT JUDGE

1